■ Robert K. Ruskin, as Commissioner of Investigation of the City of New York, Appellant, v. Alfred Weintraub, Respondent.—

804

Concur — Stevens, P. J., Capozzoli, Kupferman and Steuer, JJ.